UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HOME POINT FINANCIAL CORPORATION,

    Plaintiff(s),        Case No. 2-23-cv-11108-VAR-APP

v.                Judge Victoria A. Roberts

AHL FUNDING          Magistrate Judge Anthony P. Patti

    Defendant(s).
_____/

### REQUEST FOR CLERK'S ENTRY OF DEFAULT JUDGMENT

To: Clerk of the Court

  Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and E. D. Mich. LR 55.2, it is requested that the Clerk of Court enter a judgment by default against

- AHL Funding

Please review the Affidavit of Sum Certain.

### AFFIDAVIT

  In support of the Request for Clerk's Entry of Default Judgment, I hereby declare under penalty of perjury that the following statements are true and correct:

1.  AHL Funding  is subject to default judgment.

2.  A default has been entered on  June 16, 2023  because the party has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 55(a).

3.  The named party is not an infant, incompetent person or currently in the military service.

4. The plaintiff is entitled to the following judgment in the amount of $ <u>752,401.63</u> for damages, costs, other:

  Loan 1 - $499,117.47 Compl. paras. 24, 36.

  Loan 2 - $252,882.16 Compl. paras. 30, 37.

  Filing fee - $402

Date: <u>June 20, 2023</u>         <u>/s/Erik H. Johnson</u>

P85017
Plunkett Cooney
38505 Woodward Ave
Ste 100
Bloomfield Hills, MI 48304
(248) 433-2311
ejohnson@plunkettcooney.com