UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MR. COOPER GROUP INC., as successor in interest to Home Point Financial Corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>AHL FUNDING,<br>　　　　　　　　　Defendant. | Case No. 23-11108<br>Honorable Shalina D. Kumar<br>Magistrate Judge Anthony P. Patti |

## ORDER OF DISMISSAL

On February 13, 2025, the Court received notice that a settlement of the claims in this case has been reached. *See* ECF No. 33. On this basis, the Court will dismiss the case without prejudice and require the parties to file closing documents dismissing the case with prejudice no later than May 13, 2025. The Court will retain jurisdiction to resolve any disputes over settlement matters, including reopening the case if the settlement ultimately fails.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**. To the extent not otherwise disposed of, any scheduled

hearings are **CANCELLED**, and all pending motions are **DENIED AS MOOT.**

    **IT IS FURTHER ORDERED** that the parties must **SUBMIT** their closing documents dismissing the case with prejudice no later than May 13, 2025.

Dated: April 17, 2025

<u>s/ Shalina D. Kumar</u>
SHALINA D. KUMAR
United States District Judge