UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MR. COOPER GROUP INC., AS
SUCCESSOR IN INTEREST TO
HOME POINT FINANCIAL
CORPORATION,

    PLAINTIFF,

v.

AHL FUNDING,

    DEFENDANT.

CASE No. 4:23-CV-11108-SDK-APP

Honorable Shalina D. Kumar
Magistrate Judge Anthony P. Patti

---

| | |
|---|---|
| STITES & HARBISON PLLC<br>By:   Neal Bailen<br>323 East Court Avenue<br>Jeffersonville, IN 47130<br>(812) 282-7566<br>nbailen@stites.com | DYKEMA GOSSETT<br>By:   Thomas M. Schehr<br>       Mark James Makoski<br>400 Renaissance Center<br>Detroit, MI 48243<br>313-568-6941<br>tschehr@dykema.com<br>mmakoski@dykema.com |
| *Attorneys for Mr. Cooper Group Inc., as Successor in Interest to Home Point Financial Corporation* | *Attorneys for Defendant AHL Funding* |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The parties have settled this case and a notice of settlement was filed on February 13, 2025 (ECF No. 33). On April 17, 2025, the Court issued an Order of Dismissal (ECF 35) stating that this matter was dismissed without prejudice and that the parties are required to complete their closing documents and file a

4864-7746-9610_1

dismissal of this case with prejudice no later than May 13, 2025. The parties have consummated their settlement and hereby submit this Stipulated Order of Dismissal With Prejudice for entry by the Court.

Now, therefore, it being stipulated to between the parties, through their respective counsel, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant AHL Funding in the above-captioned matter are dismissed with prejudice and without costs or attorneys fees to either party.

**IT IS SO ORDERED.**

*This is a final order and closes the case.*


Dated: May 1, 2025                             s/Shalina D. Kumar
                                               Hon. Shalina D. Kumar
                                               United States District Judge

Stipulated and agreed to for entry:

| | |
|---|---|
| */s/ Neal Bailen* | s/ Thomas M. Schehr (w/permission) |
| Neal Bailen | Thomas M. Schehr |
| STITES & HARBISON PLLC | Mark James Makoski |
| 323 E. Court Avenue | Dykema Gossett |
| Jeffersonville, IN  47130 | 400 Renaissance Center |
| Telephone: (812) 282-7566 | Detroit, MI 48243 |
| Email:  nbailen@stites.com | 313-568-6941 |
| *Counsel for Plaintiff* | Email: tschehr@dykema.com |
| |         mmakoski@dykema.com |
| | *Counsel for Defendant AHL Funding* |